CHARLES HEROLD, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued January 27, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made January 10, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Henry D. Sedgwick* for appellant.

*Charles Steckler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.